IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
OCT 15 AM 9:43
U.S. ... COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| LARRY DARNELL WILSON, | ) | |
| Plaintiff, | ) | |
| vs. | ) CV-99-AR-0125-NE | |
| CITY OF SHEFFIELD POLICE DEPARTMENT, ET AL., | ) | |
| Defendants. | ) | |

ENTERED
OCT 15 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 11, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failure to state a claim upon which relief may be granted and as frivolous under 28 U.S.C. § 1915A(b). No objections have been filed.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failure to state a claim upon which relief may be granted

---

[1] The copy of the report and recommendation entered in this case mailed to the plaintiff at the last address given to the court was returned by the United States Postal Service as undeliverable. A court employee contacted the Alabama Department of Corrections and was informed that plaintiff was released from custody (end of sentence) on July 20, 1999. Plaintiff has failed to notify the court of any change in his address.

and as frivolous pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 15th day of October, 2001.

/s/ William M. Acker, Jr.
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

2